COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

| | |
|---|---|
| Cause number: | 01-14-00844-CV |
| Style: | Neighborhood Centers Inc. v. Doreathea Walker |
| Date motion filed[*]: | October 30, 2014 |
| Type of motions: | Motions for Extension of Time to File Brief and to Stay/Abate Appeal |
| Parties filing motions: | Appellant |
| Document to be filed: | N/A |

Is appeal accelerated?  Yes

Ordered that motions are:

☐ Granted

   If document is to be filed, document due:

☑ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☑ Other: _____

The motion for extension of time to file appellant's brief is denied as premature without prejudice to refiling because although the clerk's record has been filed, the reporter's record, which the docketing statement states has been requested, has yet to be filed.  *See* TEX. R. APP. P. 38.8(a)(2).  The motion to stay or abate this appeal indefinitely pending the Texas Supreme Court's resolution of allegedly-identical issues is denied.

Judge's signature: /s/ Evelyn V. Keyes
              ☒ Acting individually      ☐ Acting for the Court


Date:  November 13, 2014

November 7, 2008 Revision